UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY J. SANDERS )<br>   Plaintiff, )<br>v. )<br>MIDLAND CREDIT MANAGEMENT, INC. )<br>AND TRANS UNION, LLC, )<br>   Defendants. )<br>) | Case No.<br>_____ |

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof would respectfully show the Court as follows:

#### A. Procedural Background

1. On or about March 16, 2009, Plaintiff Billy J. Sanders ("Plaintiff") filed a Complaint in this action in the Circuit Court of Blount County, Alabama, Case No. 08-CV-2009-900038.00 ("State Court Action") alleging violations of 15 U.S.C. § 1692, *et seq.*, the Fair Debt Collection Practices Act, 15 U.S.C. § 1681, *et seq.*, the Fair Credit Reporting Act, defamation, invasion of privacy, and negligent, reckless, wanton, malicious and/or intentional conduct against Midland Credit Management, Inc. and Trans Union LLC.

2. Defendant Trans Union LLC was served with the Complaint on March 18, 2009. Defendant Midland Credit Management, Inc. was served with the Complaint on March 20, 2009. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

3. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

### B. Grounds for Removal

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. § 1441(b). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of 15 U.S.C. § 1692, *et seq.*, the Fair Debt Collection Practices Act, 15 U.S.C. § 1681, *et seq.*, the Fair Credit Reporting Act, defamation, invasion of privacy, and negligent, reckless, wanton, malicious and/or intentional conduct  Moreover, Plaintiff's state law claims may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C. Compliance with Procedural Requirements

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the first Defendant served received a copy of Plaintiff's pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7. Trial has not commenced in the Circuit Court of Blount County, Alabama.

8. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal

with the Clerk of the Circuit Court of Blount County, Alabama, as required by 28 U.S.C. § 1446(d), attached hereto as Exhibit A.

9. Midland Credit Management, Inc. consents to the removal of this case. Joinder in the Removal from Midland Credit Management, Inc. is attached hereto as Exhibit B. By filing this Notice of Removal, Trans Union consents to the removal of this case.

10. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders then on file in the State Court Action is attached hereto as Exhibit C.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

> Respectfully submitted,
>
> /s/ Kary Bryant Wolfe
> **KARY BRYANT WOLFE** (WOL016)
> kwolfe@walstonwells.com
> **TIMOTHY M. DAVIS** (DAV162)
> tdavis@walstonwells.com
> WALSTON WELLS & BIRCHALL, LLP
> 1819 Fifth Avenue North, Suite 1100 (35203)
> P.O. Box 830642
> Birmingham, AL 35283-0642
> (205) 244-5281
> (205) 244-5481 Fax
> *Counsel for Trans Union LLC*

2741278.1/SP/83057/0824/041409

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded on April 15, 2009, to all counsel of record as follows:

Wesley L. Phillips                    (via CM/RRR)
PHILLIPS LAW GROUP, LLC
P.O. Box 130488
Birmingham, AL  35213-0488
(205) 383-3585
(800) 536-0385 Fax
**Counsel for Plaintiff**

Eric Langley                    (via U.S. Mail)
elangley@balch.com
Jason B. Tompkins
jtompkins@balch.com
BALCH & BINGHAM, LLP
P.O. Box 306
Birmingham, AL  35201
(205) 251-8100
**Counsel for Defendant Midland Credit**

OF COUNSEL

4