# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **BILLY J. SANDERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **2:09-cv-00718-RDP** |
| ) | |
| **MIDLAND CREDIT MANAGEMENT,** ) | |
| **INC.; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

Defendant Midland Credit Management, Inc. and Plaintiff Billy J. Sanders hereby give notice that they intend to settle their dispute. After settlement documentation has been finalized, Plaintiff Billy J. Sanders will file a dismissal of all claims against only Midland Credit Management, Inc., with prejudice.

Respectfully submitted this 22nd day of April, 2009.

/s/ Jason B. Tompkins
One of the Attorneys for Defendant
Midland Credit Management, Inc.

1032492

1

**OF COUNSEL:**

Eric Langley
Jason B. Tompkins
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203
Telephone:  (205) 251-8100
Facsimile:   (205) 226-8798
elangley@balch.com
jtompkins@balch.com

                                      /s/ Wesley L. Phillips
                                      Attorney for Plaintiff Billy J. Sanders

**OF COUNSEL:**

Wesley L. Phillips
PHILLIPS LAW GROUP LLC
PO Box 130488
Birmingham, AL 35213-0488
Telephone:  (205) 383-3585
wlp@wphillipslaw.com

2

## CERTIFICATE OF SERVICE

      I herby certify that on this 22nd day of April, 2009, I have filed the above and foregoing with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification to all counsel of record listed below:

| | |
|---|---|
| Kary B Wolfe | Timothy M Davis |
| WALSTON WELLS & BIRCHALL LLP | WALSTON WELLS & BIRCHALL LLP |
| 1819 Fifth Avenue North, Suite 1100 | 1819 Fifth Avenue North, Suite 1100 |
| PO Box 830642 | PO Box 830642 |
| Birmingham, AL 35283-0642 | Birmingham, AL 35283-0642 |
| kwolfe@walstonwells.com | tdavis@walstonwells.com |

                                              /s/ Jason B. Tompkins
                                              Of Counsel