# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BILLY J. SANDERS,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No. 2:09-CV-718-RDP |
| } | |
| **MIDLAND CREDIT** } | |
| **MANAGEMENT, INC. et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER OF DISMISSAL

This case is before the court on the Stipulation of Dismissal With Prejudice filed by Plaintiff and Defendant Trans Union LLC. It is hereby **ORDERED** that the action against Defendant Trans Union LLC is **DISMISSED WITH PREJUDICE**.

With respect to Defendant Midland Credit, Plaintiff and Defendant Midland Credit Management, Inc. are reminded of their obligation to file a joint stipulation of dismissal with prejudice on or before June 22, 2009. (*See* Doc. #6).

**DONE** and **ORDERED** this ___19th___ day of June, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE