# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BILLY J. SANDERS,** | } | |
| Plaintiff, | } | |
| v. | } | Case No. 2:09-CV-718-RDP |
| **MIDLAND CREDIT MANAGEMENT, INC. et al.,** | } | |
| Defendants. | } | |

## ORDER OF DISMISSAL

This case is before the court on the Joint Stipulation of Dismissal of All Claims Against Midland Credit Management, Inc. filed by Plaintiff and Defendant Midland Credit Management, Inc.. It is hereby **ORDERED** that the action against Defendant Midland Credit Management, Inc. is **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** this    23rd    day of June, 2009.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE